# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**A&M STRATEGIC SOLUTIONS,**

    **Plaintiff,**

v.                                        Case No:   6:13-cv-1117-Orl-22DAB

**SECRETARY, DEPARTMENT OF HOMELAND SECURITY, DIRECTOR, CITIZENSHIP AND IMMIGRATION SERVICES and ACTING SERVICE CENTER DIRECTOR, VERMONT SERVICE CENTER,**

    **Defendants.**

## ORDER

This cause is before the Court on Plaintiff's Motion to Strike Affirmative Defenses (Doc. No. 19) filed on November 21, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED and that the case be dismissed for lack of subject matter jurisdiction.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 22, 2014 (Doc. No. 21), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Motion to Strike Affirmative Defenses (Doc. No. 19) is hereby DENIED.

3. This case is hereby DISMISSED for lack of subject matter jurisdiction.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on May 13, 2014.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record